IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KENNETH BAXTER,<br><br>            Defendant. | **8:17CR211**<br><br>**DETENTION ORDER** |

Defendant was afforded an opportunity for a hearing, but agreed to be detained without a hearing. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that Defendant will appear at court proceedings if released. The Court's findings are based on the allegations within the Amended Petition.

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; Defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

October 26, 2021.

                                                                         BY THE COURT:

                                                                         *s/ Cheryl R. Zwart*
                                                                         United States Magistrate Judge